No. 61, Orig.  PETERSEN *v.* SPILIOTOPOULOS.  Motion of plaintiff for leave to proceed *in forma pauperis* granted. Motion for leave to file bill of complaint denied.

No. A–1069.  APPLEGATE ET AL. *v.* NEW JERSEY.  Super. Ct. N. J.  Application for stay of judgment, presented to MR. JUSTICE DOUGLAS and by him referred to the Court, denied.

No. A–1118.  MICELI ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir.  Application for stay of mandate, presented to MR. JUSTICE STEWART and by him referred to the Court, denied.  MR. JUSTICE DOUGLAS would grant the stay.

No. A–1123.  REID *v.* MARQUETTE UNIVERSITY ET AL. C. A. 7th Cir.  Application for stay of mandate, presented to MR. JUSTICE DOUGLAS and by him referred to the Court, denied.

No. A–1136.  GREENSPHAN *v.* UNITED STATES.  C. A. 7th Cir.  Application for recall of mandate, presented to MR. JUSTICE DOUGLAS and by him referred to the Court, denied.

No. 72–586.  CADY, WARDEN *v.* DOMBROWSKI.  C. A. 7th Cir.  [Certiorari granted, 409 U. S. 1059.]  Motion of the State of Florida for leave to file a brief as *amicus curiae* in support of petitioner, after argument, granted.

No. 72–782.  GATEWAY COAL CO. *v.* UNITED MINE WORKERS OF AMERICA ET AL.  C. A. 3d Cir.  [Certiorari granted, 410 U. S. 953.]  Motion of National Association of Manufacturers for leave to file a brief as *amicus curiae* in support of petitioner granted.